JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GUZMAN, an individual, on behalf of himself,<br><br>Plaintiff,<br><br>vs.<br><br>NUTRIEN AG SOLUTIONS, INC., a Delaware corporation; and DOES 1 to 50, inclusive,<br><br>Defendant. | Case No. 2:24-cv-02093 SVW (KESx)<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Ventura County Superior Court Case No. 2024CUOE020163]<br><br>Action Filed:   1/30/2024<br>Trial Date:       8/13/2024 |

Pursuant to the Joint Stipulation for Dismissal of Entire Action With Prejudice and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed in its entirety, with prejudice. Each party shall bear his/her/its own costs and attorney's fees.

IT IS SO ORDERED.

DATED: July 24, 2024

_____
STEPHEN WILSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

62825843.v1-OGLETREE